

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————————

No. 02-21-00081-CV

————————————————————

IN RE J.V., Relator

Original Proceeding
360th District Court of Tarrant County, Texas
Trial Court No. 360-541112-13

Before Womack, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for temporary emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for temporary emergency relief are denied.

Per Curiam

Delivered: April 1, 2021